**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-7528

DANIEL H. KING,

Plaintiff - Appellant,

v.

ERIC H. HOLDER, JR., Attorney General; CHARLES E. SAMUELS,
JR.; CHARLES RATLEDGE,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Louise W. Flanagan,
District Judge. (5:14-ct-03062-FL)

Submitted: February 25, 2015          Decided: March 2, 2015

Before NIEMEYER, KING, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Daniel H. King, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel H. King appeals the district court's order dismissing under 28 U.S.C. § 1915(e)(2)(B) (2012) his complaint filed pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>King v. Holder</u>, No. 5:14-ct-03062-FL (E.D.N.C. Oct. 7, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>